ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAVID A. LOMBARDERO
Special Assistant United States Attorney
California Bar Number 71715
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-7418
    Facsimile: (213) 894-7177
    Email: David.Lombardero@usdoj.gov

JS-6

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America, | CV 09-7682-SJO (AGRx) |
|     Plaintiff, | |
|     v. | |
| $189,540.38 in Bank Funds, et al., | CONSENT JUDGMENT OF FORFEITURE |
|     Defendants. | |

    This action was filed on October 22, 2009. Notice was given and published in accordance with law. The only claim was filed by Claimant Angel Toy Corp. This action is related to the criminal case of *United States v. Angel Toy Corporation*, CR No. 10-718-SJO.

Pursuant to a Plea Agreement in the criminal case, Claimant has consented to the forfeiture prayed for in the complaint in this action.

Plaintiff and Claimant hereby request that the Court enter the Consent Judgment of Forfeiture set forth below.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

1.  This Court has jurisdiction over Plaintiff, the defendant funds, Claimant, and the subject matter of this action.

2.  The allegations set forth in the Complaint are sufficient to establish a basis for forfeiture.

3.  Notice of this action has been given in accordance with law. All potential claimants to the defendant funds other than Claimant are deemed to have admitted the allegations of the Complaint.

4.  The United States of America shall have judgment as to the defendant funds, plus all interest earned thereon, and no other person or entity shall have any right, title or interest therein. The Department of Treasury is ordered to dispose of said assets in accordance with law.

5.  Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Internal Revenue Service and of local or state law enforcement officers cross-designated as agents of the United States, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of Claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6. The court finds that there was reasonable cause for the seizure of the defendant funds and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: February 2, 2012

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

Approved as to form and content:

Dated: January __, 2012          ANDRÉ BIROTTE JR.
                                 United States Attorney
                                 ROBERT E. DUGDALE
                                 Assistant United States Attorney
                                 Chief, Criminal Division
                                 STEVEN R. WELK
                                 Assistant United States Attorney
                                 Chief, Asset Forfeiture Section


                                 By
                                 _____/s/_____
                                       DAVID A. LOMBARDERO
                                 Special Asst. United States Attorney
                                 Asset Forfeiture Section
                                 Attorneys for Plaintiff
                                 United States of America

Dated: January ___, 2012          BENSINGER, RITT, TAI & THVEDT, LLP


                                  By ____/s/_____
                                      KERRY BENSINGER
                                  Attorneys for Claimant Angel Toy
                                  Corporation

Dated: January ___, 2012


                                  ____/s/_____
                                  Angel Toy Corporation, by
                                  CONNIE TAM, its President